**CROWN SERVICES, INC., Appellant,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (BECK).**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1997.

Decided Oct. 7, 1997.

Ned Trbovich, for Crown Services, Inc.

John G. Fahey, Jr., Pittsburgh, for William F. Beck.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM.

Order affirmed.

---

**4.** The trial court denied standby counsel's request for these jury charges and this Court denied *allocatur* on this claim.